# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

HILDELISA ANCIZA,

    Plaintiff,

v.                               CASE NO. 4:09cv483-RH/WCS

OFFICER MORALES et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

This case is before the court on the magistrate judge's amended report and recommendation, ECF No. 51. No objections have been filed. Upon consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED. The clerk must enter judgment stating, "The claims against the defendants Morales and Gilboeux are dismissed without prejudice for failure to exhaust administrative remedies. The remaining claims are dismissed with prejudice under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim on which relief can be granted." The clerk must close the file.

SO ORDERED on May 30, 2011.

                                          s/Robert L. Hinkle
                                          United States District Judge